# MALLON CONSUMER LAW GROUP, PLLC
ATTORNEYS AT LAW

Kevin C. Mallon

_____

Cristin Johnson

One Liberty Plaza
165 Broadway, Suite 2301
New York NY 10006

Direct Dial: (646) 759-3663
consumer.esq@outlook.com
www.crediterrorlawyers.com

July 13, 2016

**VIA ECF and ELECTRONIC MAIL TO: failla_nysdchambers@nysd.uscourts.gov**
Honorable Katherine Polk Failla
United States District Court, Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Courtroom 618
New York, NY  10007

  Re: Castro v. Evans Law Associates, PC
     SDNY Index No. 16 CV 2135 (KPF)

Dear Judge Failla,

  The plaintiff in the above-referenced matter hereby requests an adjournment or cancellation of the initial conference in this action scheduled for July 13, 2016 on the grounds that the parties have reached a settlement in this matter. The plaintiff further requests either a conditional dismissal with the right to re-open the case after 120 days because the settlement will take that long to be fully completed, or a dismissal without prejudice to re-open the case if the defendant does not comply with terms of the settlement.

           Respectfully submitted,

           _____
           Kevin C. Mallon
           MALLON CONSUMER LAW GROUP, PLLC
           One Liberty Plaza, Suite 2301
           New York, NY 10006
           (646) 759-3663
           consumer.esq@outlook.com
           *Counsel for Plaintiff Gilberto Castro, Jr.*

cc:  Jason Evans, *Defendant*